GAS 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 28 PM 3:29

CLERK C. Adams
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Statesboro Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Jose Guadelupe Castro-Longoria | ) | |
| | ) | Case Number: 6:05CR00011-1 |
| | ) | USM Number: 03965-018 |
| | ) | Keith Barber |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | July 3, 2015 |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 9623

Defendant's Year of Birth: 1965

City and State of Defendant's Residence:

In federal custody

April 25, 2016
Date of Imposition of Judgment

Signature of Judge

J. Randal Hall
United States District Judge
Name and Title of Judge

4/28/16
Date

DEFENDANT: Jose Guadelupe Castro-Longoria
CASE NUMBER: 6:05CR00011-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to report to the probation officer as directed (standard condition). | January 29, 2016 |
| 3 | The defendant re-entered the United States after deportation proceedings and while on supervised release (special condition). | January 29, 2016 |
| 4 | The defendant committed another federal, state, or local crime (mandatory condition). | August 17, 2014 |

DEFENDANT: Jose Guadelupe Castro-Longoria
CASE NUMBER: 6:05CR00011-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, with no supervision to follow.

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be designated to the facility located at Jesup, Georgia.

Upon release from confinement, the defendant shall be delivered to a duly authorized Bureau of Immigration and Customs officer for deportation proceedings.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL